1  **DAVID A. TORRES AND ASSOCIATES**
   David A. Torres, SBN135059
2  1318 K. Street
   Bakersfield, CA 93301
3  Tel: (6610326-0857
   Fax: (661)326-0936
4  Email: lawtorres@aol.com

5  Attorney for:
   BALTAZAR CASTANEDA GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: Case No. 5:14-MJ-00001 JLT |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE DETENTION HEARING** |
| vs. | |
| BALTAZAR CASTANEDA GARCIA, | |
| Defendant | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE STANLEY A. BOONE AND LAUREL MONTOYA, ASSISTANT UNITED STATES ATTORNEY:

   **COMES NOW** Defendant, BALTAZAR CASTANEDA GARCIA, by and through his attorney of record, DAVID A. TORRES hereby requesting that the Detention Hearing currently set for Thursday, January 16, 2014 be continued to Tuesday, January 21, 2014.

   I am scheduled to attend the California State Bar meeting in Los Angeles, CA on Thursday, January 16, 2014.  I have spoken to AUSA Laurel Montoya and she has no objection to continuing the Detention Hearing.

   The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(8)(A) and 3161 (h)(8)(B)(1).

**IT IS SO STIPULATED.**

                                                Respectfully Submitted,

DATED:1/15/14                     */s/ David A Torres*
                                            DAVID A. TORRES
                                            Attorney for Defendant
                                            Baltazar Castaneda Garcia

DATED:1/15/14                     */s/Laurel Montoya*
                                            LAUREL MONTOYA
                                            Assistant U.S. Attorney

## ORDER

Pursuant to the stipulation of the parties, it is HEREBY ORDERED that the Detention Hearing presently set for Thursday, January 16, 2014 at 1:30 p.m. before Magistrate Judge Stanley A. Boone is CONTINUED to Tuesday, January 21, 2014 at 1:30 p.m. in Courtroom 7 (SKO) before Magistrate Judge Sheila K. Oberto.

IT IS SO ORDERED.

Dated: **January 15, 2014**

                                            UNITED STATES MAGISTRATE JUDGE